UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
VASUKI PERIYASWAMY,                    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Civil Action No. 11-11406-___
                                       )
PEROT SYSTEMS HEALTHCARE,              )
                                       )
        Defendant.                     )
                                       )

REPORT AND RECOMMENDATION TO DISMISS COMPLAINT
FOR FAILURE TO EFFECT SERVICE OF PROCESS

January 13, 2012

SOROKIN, M.J.

I.      PROCEDURAL BACKGROUND

On August 4, 2011, the pro se Plaintiff, Vasuki Periyaswamy, filed a Complaint directed against her former employer, the Defendant Perot Healthcare Systems, alleging inter alia a hostile work environment, constructive discharge, retaliation and discrimination on the bases of both gender and national origin. Docket # 1. The Complaint is prolix, and includes a great deal of material which Periyaswamy rightly characterizes as being of a sensitive nature (See, Docket # 8), the details of which are not relevant to the issues addressed herein and therefore need not be recited.

The case was assigned to the undersigned magistrate judge pursuant to General Order 09-3, and the Plaintiff was directed to the General Order and the Notice Regarding Consent to

1