```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

VASUKI PERIYASWAMY,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   C.A. No. 11-11406-PBS
                                 )
PEROT SYSTEMS HEALTHCARE,        )
                                 )
          Defendant.             )
                                 )
```

**ORDER**

September 5, 2012

Saris, U.S.D.J.

On February 2, 2012, this action was dismissed without prejudice for failure to complete timely service. Before the Court is the plaintiff's pro se motion (#19) for a "new trial." She also asks that service be waived.

Because a trial was never held in this action, the Court will construe this motion as one for reconsideration of the Court's dismissal of this action. The motion is DENIED.

The plaintiff insists that she completed service because she sent, via certified mail, summons and a copy of the complaint to the defendant's registered agent. As Magistrate Judge Sorokin explained in his January 13, 2012 Report and Recommendation (#13), which the Court adopted, service by mail does not meet the requirements of Fed. R. Civ. P. 4, even if the defendant does in fact receive a copy of the documents. While the defendant may elect to waive service, the Court cannot suspend the requirements

of Fed. R. Civ. P. 4.

The motion for a "new trial" (#19) is DENIED.

SO ORDERED.

                                    /s/ Patti B. Saris
                                    PATTI B. SARIS
                                    UNITED STATES DISTRICT JUDGE